CHARLES D. HARRIS, Respondent, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Merrell and Martin, JJ., dissent and vote for reversal and a new trial, upon the ground that the verdict is against the overwhelming weight of the credible evidence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER BURKE, Appellant.— Judgment and order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of HERMAN GOLDSTEIN (Known Also as HERMAN W. GOLDSTEIN), an Attorney.— Motion to reopen proceeding denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of ELBRIDGE F. HILLS, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of ABRAHAM L. SIEGEL, an Attorney.— Reference ordered. Present —. Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of CHARLES J. STEIERMAN, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HEATING AND PLUMBING FINANCE CORPORATION v. DAVIS KESSLER and ESTHER D. KESSLER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

SOL FITZER v. RICHARD A. SHILL and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

ALFRED D. BORROK, as Trustee in Bankruptcy of LUSONRAY HOLDING Co., INC., Bankrupt, v. THE BANK OF UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LINA EBERLE and KARL EBERLE v. LENORE N. CARLISLE and GEORGE ROBINSON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOS. PIPITONE, INC., and Others v. PIPITONE SALES CORPORATION and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOSEPH P. BOWLES v. ELIAS A. COHEN and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS ROGERS v. HELEN M. FEINBERG, Individually and as Administratrix, etc., of SAMUEL FEINBERG, Deceased, Impleaded with THE FIEGEL CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

* Affd., 260 N. Y. 620.